STAY

# U.S. District Court
# District of Kansas (Kansas City)
# CIVIL DOCKET FOR CASE #: 2:07-cv-02569-CM-DJW
# Internal Use Only

Ellis v. Davol, Inc. et al
Assigned to: District Judge Carlos Murguia
Referred to: Magistrate Judge David J. Waxse
Demand: $75,000
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 12/05/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Erma Lee Ellis** represented by **Derek H. Potts**
The Potts Law Firm, LLC
715 May Street
Suite 100
Kansas City, MO 64105
816-931-2230
Fax: 816-931-7030
Email: dpotts@potts-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey M. Kuntz**
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1100
Fax: 816-531-2372
Email: jkuntz@wcllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas P. Cartmell**
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1100
Fax: 816-531-2372
Email: tcartmell@wcllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Joseph Preuss**

Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1100
Email: tjpreuss@wcllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy L. Sifers**
Potts Law Firm, LLC
715 May St., Suite #100
Kansas City, MO 64105
816-931-2230
Fax: 816-931-7030
Email: tsifers@potts-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**
*a Delaware corporation*

represented by **Kara Trouslot Stubbs**
Baker, Sterchi, Cowden & Rice, L.L.C. - KC
2400 Pershing Road, Suite 500
Kansas City, MO 64108-2533
816-471-2121
Fax: 816-472-0288
Email: stubbs@bscr-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**C.R. Bard, Inc.**
*a New Jersey corporation*

represented by **Kara Trouslot Stubbs**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/05/2007 | 1 | COMPLAINT (No Summons Issued) with trial location of Kansas City, Kansas, filed by Erma Lee Ellis.(kao) (Entered: 12/05/2007) |
| 12/05/2007 | 2 | DESIGNATION OF PLACE OF TRIAL filed by Plaintiff Erma Lee Ellis - trial to be held in Kansas City. (kao) (Entered: 12/05/2007) |
| 12/05/2007 | | FILING FEE PAID: In the amount of $350.00, receipt number K4631010820. (kao) (Entered: 12/05/2007) |
| 12/27/2007 | 3 | WAIVER OF SERVICE Returned Executed by Erma Lee Ellis. Davol, Inc. |

| | | |
|---|---|---|
| | | waiver sent on 12/13/2007, answer due 2/11/2008; C.R. Bard, Inc. waiver sent on 12/13/2007, answer due 2/11/2008. (Kuntz, Jeffrey) (Entered: 12/27/2007) |
| 02/07/2008 | 4 | Consent MOTION to Stay Case *PENDING TRANSFER TO FEDERAL MDL* by Defendants Davol, Inc., C.R. Bard, Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Stubbs, Kara) (Entered: 02/07/2008) |
| 02/08/2008 | 5 | ORDER granting 4 Motion to Stay Case and staying all proceedings pending transfer by the Judicial Panel on MDL to the District of Rhode Island. Signed by Magistrate Judge David J. Waxse on 2/8/08. (mh) (Entered: 02/08/2008) |